IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00604-RPM-KMT

CHARLES R. ATWOOD and
MARTHA ATWOOD,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER DBA DENVER INTERNATIONAL AIRPORT,

      Defendant.

_____

ORDER ON DEFENDANT'S MOTION TO DISMISS
_____

Upon review of the complaint, filed March 19, 2009, the defendant's motion to dismiss, filed April 29, 2009, the plaintiffs' response, filed June 1, 2009, and the defendant's reply, filed June 16, 2009, the Court finds and concludes that the third claim for relief filed for loss of consortium by Martha Atwood is to be dismissed for failure to comply with the notice requirements of the Colorado Governmental Immunity Act, C.R.S. § 24-10-101, *et seq.*  The defendant also seeks dismissal of the claims of Charles R. Atwood, claiming immunity under that statute.  Charles Atwood has adequately alleged the liability of the City and County of Denver for the dangerous condition existing at the Denver International Airport in permitting the moving pedestrian walkway to continue operation during an electrical storm creating the foreseeable risk of a power outage injuring those using the walkway.  The plaintiff Charles Atwood is essentially arguing that Denver should have ceased operation of the walkway, elevators and other people movers in the same fashion that it closed air operations.  This is not a failure to warn case.  It is now

ORDERED that the third claim for relief by Martha Atwood is dismissed and it is

FURTHER ORDERED that the motion to dismiss the first and second claims for relief by Charles R. Atwood is denied.

Dated: June 17th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge