IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00604-RPM-KMT

CHARLES R. ATWOOD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER DBA DENVER INTERNATIONAL AIRPORT,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

Upon review of the file and pursuant to this Court's case management procedures, it is

ORDERED that the Order of Reference to Magistrate Judge Kathleen M. Tafoya entered on March 23, 2009, is vacated.

Dated:   June 17th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge