IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00604-RPM

CHARLES R. ATWOOD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER DBA DENVER INTERNATIONAL AIRPORT,

    Defendant.

## ORDER TO COMPLY WITH RULE 25

Noting that in the scheduling order submitted to the magistrate judge in this matter on June 10, 2009, plaintiff's counsel has indicated that the plaintiff Charles R. Atwood has died and counsel is assessing the application of the Colorado Survival Statute and Wrongful Death Act applying Fed.R.Civ.P. 25, it is

ORDERED that a motion for substitution of the proper party or parties be submitted with an amended complaint within 90 days, failing in which this civil action will be dismissed.

Dated: June 17th, 2009

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge