IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00604-RPM

CHARLES R. ATWOOD and
MARTHA ATWOOD,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER DBA DENVER INTERNATIONAL AIRPORT,

      Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

      Pursuant to the Order and Judgment entered by the Tenth Circuit Court of Appeals on February 18, 2011, and the Mandate issued on March 14, 2011, and this Court's Order on Defendant's Motion to Dismiss [12] entered June 17, 2009, it is

      ORDERED that this action is dismissed and the Clerk shall enter judgment in favor of the defendant.

      Dated:   March 15th, 2011

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge